GIACOMO SCORCA et al., Appellants, *v.* MARIA TRICOMI, Respondent, Impleaded with Another.

Submitted November 17, 1939; decided November 30, 1939.

*Edward Friedman* for appellants.

*Isidor Katz* and *Benjamin Sholemson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.